AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SEYMOUR, STEPHANIE K. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS | 3. Date of Report<br><br>08/18/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President of Board of Directors | Crested Butte Music Festival, Crested Butte, CO |
| 2. | Advisory Council Member | Community Foundation of Gunnison Valley, Gunnison, CO |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | self-employed - lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | 4/10/2017 - 4/11/2017 | Durham, NC | Judge Moot Court | air fre, lodging, food, ground transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Interest | K | T | | | | | |
| 2. Prosperity Bank Accounts | A | Interest | K | T | | | | | |
| 3. UBS Accounts | A | Interest | L | T | | | | | |
| 4. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) | | None | O | R | | | | | |
| 5. IRA #5 (H) | | | | | | | | | |
| 6. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | A | Dividend | J | T | | | | | |
| 7. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 8. -TCW Emerging Markets Income Fd Cl I (TGEIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 9. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | K | T | | | | | |
| 10. -IShares 7-10 Yr Treas Bond ETF (IEF) (ETF) | | None | | | Sold | 01/09/17 | J | A | |
| 11. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 12. -Columbia Income Opportunities FD Class Z (CIOZX) (mutual fund) | A | Dividend | J | T | | | | | |
| 13. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 14. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | A | Dividend | K | T | | | | | |
| 15. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | A | Dividend | J | T | | | | | |
| 16. -Mainstay Short Duration High Yd Fd Class I (MDHIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 17. -Mainstay Incom Builder I (MTOIX) (mutual fund) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Guggenheim Macro Opportunities Fd Cl (GIOIX) (mutual fund) | A | Dividend | K | T | | | | | |
| 19. -Vanguard Total Bond MKT (BND) (ETF) | A | Dividend | J | T | Sold (part) | 12/20/17 | J | | |
| 20. -Vanguard Total Intl BD (BNDX) (ETF) | A | Dividend | J | T | | | | | |
| 21. -Invesco Core Bond Plus Fund (CPBYX) (mutual fund) | A | Dividend | K | T | | | | | |
| 22. -SPDR Double Line TR Tact ETF (TOTL) (ETF) | A | Dividend | J | T | | | | | |
| 23. -AB Global Bond Fund (ANAYX) (mutual fund) | A | Dividend | K | T | | | | | |
| 24. -Invesco Floating Rate Fund Class Y (AFRYX) (mutal fund) | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 25. IRA #6 (H) | | | | | | | | | |
| 26. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 27. -Loomis Sayles Investment Grade Bond (LSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 28. -TCW Emerging Markets Income Fd Class I (TGEIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 12/20/17 | J | | |
| 29. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 30. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 12/20/17 | J | | |
| 31. -Columbia Income Opportunities FD (CIOZX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | A | |
| 32. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 33. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 34. -IShares 7-10 Yr Treas Bd (IEF) (ETF) | | None | | | Sold | 01/09/17 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 36. -Mainstay Short Duration High Yield Fd Cl (MDHIX (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 37. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 38. -Mainstay Incom Building I (MTOIX) (mutual fund) | B | Dividend | L | T | Sold (part) | 12/20/17 | J | A | |
| 39. -AB Global Bond Fund Class Advisor (ANAYX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | A | |
| 40. -Invesco Core Bond Plus Fund Class Y (CPBYX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 41. -SPDR Double Line Tr Tact ETF (TOTL) (ETF) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 42. -Vanguard Total Bond Mkt ETF (BND) (ETF) | B | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 43. -Vanguard Total Intl Bond ETF (BNDX) (ETF) | A | Dividend | K | T | Sold (part) | 12/20/17 | J | | |
| 44. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | C | Dividend | L | T | Buy | 01/09/17 | L | | |
| 45. | | | | | Sold (part) | 12/20/17 | J | | |
| 46. Brokerage #9 (H) | | | | | | | | | |
| 47. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | | | | | |
| 48. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 49. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 50. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | | | | | |
| 51. Brokerage #10 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | L | T | | | | | |
| 53. -Vanguard Total Stock Market (VTI) (ETF) | C | Dividend | M | T | | | | | |
| 54. -Powershares QQQ Trust (QQQ) (ETF) | A | Dividend | K | T | Sold (part) | 09/25/17 | K | D | |
| 55. -Invesco Equally-Weighted S&P 500 (VADDX) (mutual fund) | B | Dividend | M | T | Sold (part) | 09/05/17 | K | C | |
| 56. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | B | Dividend | L | T | Sold (part) | 12/29/17 | L | | |
| 57. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | L | T | | | | | |
| 58. -Davis Financial Fund Class Y (DVFYX) (mutual fund) | A | Dividend | L | T | | | | | |
| 59. -Energy Sector SPDR Fund ETF (XLE) (ETF) | A | Dividend | | | Sold | 05/02/17 | L | B | |
| 60. -IShares Core U.S. Aggregate Bond (AGG) (ETF) | B | Dividend | | | Sold | 12/29/17 | L | | |
| 61. -JP Morgan Small Cap Equity Bond Fund Select (VSEIX) (mutual fund) | A | Dividend | M | T | | | | | |
| 62. -SPDR S&P 500 ETF (SPY) (ETF) | B | Dividend | L | T | | | | | |
| 63. -Vanguard Intl Equity Index FD FTSE All World EX US (VEU) (ETF) | C | Dividend | M | T | Buy (add'l) | 01/09/17 | L | | |
| 64. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | B | Dividend | L | T | Buy | 01/09/17 | L | | |
| 65. -Virtus Emerging Markets Opportunities (HIEMX (mutual fund) | A | Dividend | L | T | Buy | 01/09/17 | L | | |
| 66. IRA #7 (H) | | | | | | | | | |
| 67. -Colgate Palmolive Co. (CL) (common) | A | Dividend | | | Sold | 02/08/17 | K | A | |
| 68. -Diageo Plc New GB Spon ADR (DEO) (common) | | None | | | Sold | 02/08/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Intel Corp (INTC) (common) | A | Dividend | | | Sold | 02/08/17 | K | B | |
| 70. -Medtronic Inc (MDT) (common) | A | Dividend | | | Sold | 02/08/17 | J | | |
| 71. -Microsoft (MSFT) (common) | | None | | | Sold | 02/08/17 | K | D | |
| 72. -Nextera Energy Inc Com (NEE) (common) | | None | | | Sold | 02/08/17 | K | C | |
| 73. -Nordstrom Inc (JWN) (common) | | None | | | Sold | 02/08/17 | J | | |
| 74. -Novartis AG Spon ADR (NVS) (common) | | None | | | Sold | 02/08/17 | K | | |
| 75. -Starbucks Corp (SBUX) (common) | A | Dividend | | | Sold | 02/08/17 | K | D | |
| 76. -Untd Technologies Corp (UTX) (common) | | None | | | Sold | 02/08/17 | K | A | |
| 77. -Apple Inc (AAPL) (common) | | None | | | Sold | 02/08/17 | K | C | |
| 78. -Invesco Ltd (IVZ) (common) | | None | | | Sold | 02/08/17 | K | | |
| 79. -O Reilly Automotive Inc (ORLY) (common) | | None | | | Sold | 01/11/17 | K | D | |
| 80. -Union Pacific Corp (UNP) (common) | | None | | | Sold | 02/08/17 | K | | |
| 81. -Accenture PLC Ireland CL (ACN) (common) | | None | | | Sold | 02/08/17 | K | B | |
| 82. -Ameriprise Financial Inc DE (AMP) (common) | | None | | | Sold | 02/08/17 | K | C | |
| 83. -Crane Co DE (CR) (common) | | None | | | Sold | 02/08/17 | K | B | |
| 84. -CVS Health Corp DE (CVS) (common) | A | Dividend | | | Sold | 02/08/17 | J | | |
| 85. -Frontier Communications Corp (FTR) (common) | | None | | | Sold | 02/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Home Depot Inc DE (HD) (common) | | None | | | Sold | 02/08/17 | K | C | |
| 87. -McDonalds Corp DE (MCD) (common) | | None | | | Sold | 02/08/17 | K | B | |
| 88. -Marsh & McLennan Cos. Inc (MMC) (common) | A | Dividend | | | Sold | 02/08/17 | K | C | |
| 89. -Pepsico Inc De (PEP) (common) | A | Dividend | | | Sold | 02/08/17 | K | B | |
| 90. -Rockwell Automation Inc (ROK) (common) | | None | | | Sold | 02/08/17 | K | C | |
| 91. -Texas Instruments (TXN) (common) | A | Dividend | | | Sold | 02/08/17 | K | D | |
| 92. -VF Corp DE (VFC) (common) | | None | | | Sold | 02/08/17 | J | | |
| 93. -Chubb Ltd Chf (CB) (common) | A | Dividend | | | Sold | 02/08/17 | K | A | |
| 94. -Coca Cola Co (KO) (common) | | None | | | Sold | 02/08/17 | K | | |
| 95. -Exxon Mobil Corp (XOM) (common) | | None | | | Sold | 01/31/17 | K | | |
| 96. -General Motors Co (GM) (common) | | None | | | Sold | 02/08/17 | K | B | |
| 97. -Lockheed Martin Corp (LMT) (common) | | None | | | Sold | 02/08/17 | K | A | |
| 98. -Nike Inc Cl (NKE) (common) | A | Dividend | | | Sold | 02/08/17 | K | | |
| 99. -Praxair Inc. (PX) (common) | | None | | | Sold | 02/08/17 | K | | |
| 100. -Walt Disney (Holding Co) Disney Com (DIS) (common) | A | Dividend | | | Sold | 02/08/17 | K | A | |
| 101. -Chevron Corp De (CVX) (common) | | None | | | Buy | 01/11/17 | J | | |
| 102. | | | | | Sold | 02/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IShares MSCI Brazil Capped (EWZ) (ETF_ | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 104. -IShares NASDAQ Biotechnology (IBB) (ETF) | A | Dividend | | | Buy | 02/09/17 | J | | |
| 105. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 106. | | | | | Sold | 05/17/17 | J | A | |
| 107. -IShares Core MSCI EAFE (IEFA) (ETF) | D | Dividend | M | T | Buy | 05/17/17 | M | | |
| 108. -IShares Core MSCI Emerging Market (IEMG) (ETF) | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 109. -IShares Core S&P Small Cap (UR) (ETF) | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 110. -SPDR S&P Bank (KBE) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 111. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 112. | | | | | Sold | 05/17/17 | K | | |
| 113. -SPDR S&P Bank (KBE) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 114. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 115. | | | | | Sold | 05/17/17 | K | | |
| 116. -IShares MSCI China (MCHI) (ETF) | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 117. --IShares Edge MSCI USA Momentum (MTUM) (ETF) | A | Dividend | | | Buy | 02/09/17 | J | | |
| 118. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 119. | | | | | Sold | 05/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. –IShares Edge MSCI USA Quality (QUAL) (ETF) | A | Dividend | | | Buy | 02/09/17 | J | | |
| 121. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 122. | | | | | Sold | 05/17/17 | J | A | |
| 123. –Vaneck Vectors Retail (RTH) (ETF) | | None | | | Buy | 02/09/17 | J | | |
| 124. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 125. | | | | | Sold | 05/17/17 | J | A | |
| 126. –Vanguard Consumer Discretionary (VCR) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 127. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 128. | | | | | Sold | 05/17/17 | L | B | |
| 129. –Vanguard Energy (VDE) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 130. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 131. | | | | | Sold | 05/17/17 | K | | |
| 132. –Vanguard Financials (VFH) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 133. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 134. | | | | | Sold | 05/17/17 | K | | |
| 135. –Vanguard Information Technology (VGT) (ETF) | A | Dividend | | | Buy | 02/09/17 | L | | |
| 136. | | | | | Buy (add'l) | 03/21/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/17/17 | M | D | |
| 138.  -Vanguard Health Care (VHT) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 139. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 140. | | | | | Sold | 05/17/17 | L | B | |
| 141.  -Vanguard Mid Cap (VO) (ETF) | A | Dividend | L | T | Buy | 05/17/17 | L | | |
| 142.  -Vanguard Total World STK (VT) (ETF) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 143.  -Vanguard Value (VTV) (ETF) | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 144.  -Vanguard Growth (VUG) (ETF) | A | Dividend | L | T | Buy | 05/17/17 | K | | |
| 145.  -Vanguard Large Cap (VV) (ETF) | B | Dividend | M | T | Buy | 05/17/17 | M | | |
| 146.  -Materials Select Sector SPDR Trust I (XLB) (ETF) | A | Dividend | | | Buy | 02/09/17 | J | | |
| 147. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 148. | | | | | Sold | 05/17/17 | J | A | |
| 149.  -Energy Select Sector SPDR Fund (XLE) (ETF) | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 150.  -Industrial Select Sector SPDR Fund (XLI) (ETF) | A | Dividend | | | Buy | 02/09/17 | K | | |
| 151. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 152. | | | | | Sold | 05/17/17 | K | A | |
| 153.  -Consumers Staples Select Sector SP (XLP) (ETF) | A | Dividend | | | Buy | 02/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 155. | | | | | Sold | 05/17/17 | J | A | |
| 156. Brokerage #12 (H) | | | | | | | | | |
| 157. -Genl Elec Co. 5.250% (corp bond) | A | Interest | | | Redeemed | 12/06/17 | J | | |
| 158. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 159. -Double Line Total Return Fd Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 160. -Invesco High Yield Municipal Fund Cl Y (ACTDX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 161. -Thornburg Limited Term Municipal Fd Cl I (LTMIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 162. | | | | | Sold (part) | 12/04/17 | J | | |
| 163. -Virtus Multi-Sector Short Term Bd (PIMSX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 164. | | | | | Sold (part) | 12/04/17 | J | | |
| 165. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 166. -Blackrock Strategic Municipal Opportunities (MAMTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 167. -IShares 7-10 yr Treas Bd (IEF) (ETF) | | None | | | Sold | 01/09/17 | K | A | |
| 168. -Mainstay Short Duration High Yd Fd (MDHIX) (mutual fund) | A | Dividend | | | Sold | 10/31/17 | K | A | |
| 169. -Lord Abbett Short Duration Income Fund (LDLFX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/04/17 | J | | |
| 170. -Mainstay Tax Free Bond Cl I (MTBIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Mainstay Incom Builder I (MTOIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 172. -Loomis Sayles Investment Grade Bond Class Y (LSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 173. -Guggenheim Macro Opportunities Fund Class (GIOX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 174. -TCW Emerging Markets Income Fund Class I (TGEIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 175. -AB Global Bond Fund Class Adviser (ANAYX) (mutual fund) | A | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 176. -Invesco Core Bond Plus Fund Class Y (CPBYX) (mutual fund) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 177. -SPDR Doubleline TR Tact ETF (TOTL) (ETF) | B | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 178. -Vanguard Total Bond Mkt ETF (BND) (ETF) | A | Dividend | K | T | Sold (part) | 12/01/17 | J | | |
| 179. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | B | Dividend | L | | Buy | 01/09/17 | L | | |
| 180. | | | | | Sold (part) | 12/04/17 | J | | |
| 181. Brokerage Account #13 (H) | | | | | | | | | |
| 182. -Apple Inc (AAPL) (common) | | None | | | Sold | 02/06/17 | J | B | |
| 183. -Colgate Palmolive Co (CL) (common) | A | Dividend | | | Sold | 02/06/17 | J | | |
| 184. -Intel Corp (INTC) (common) | A | Dividend | | | Sold | 02/06/17 | J | A | |
| 185. -Nordstrom Inc (JWN) (common) | | None | | | Sold | 02/06/17 | J | | |
| 186. -Medtronic Inc (MDT) (common) | A | Dividend | | | Sold | 02/06/17 | J | A | |
| 187. -Microsoft Corp (MSFT) (common) | | None | | | Sold | 02/06/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Nextera Energy Inc Com (NEE) (common) | | None | | | Sold | 02/06/17 | J | B | |
| 189. -Novartis AG Spon ADR (NVS) (common) | | None | | | Sold | 02/06/17 | J | | |
| 190. -Starbucks Corp (SBUX) (common) | | None | | | Sold | 02/06/17 | J | B | |
| 191. -Untd Technologies Corp (UTX) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 192. -Invesco Ltd (IVZ) (common) | | None | | | Sold | 02/06/17 | J | | |
| 193. -O Reilly Automotive Inc (ORLY) (common) | | None | | | Sold | 01/11/17 | J | B | |
| 194. -Union Pacific Corp De (UNP) (common) | | None | | | Sold | 02/06/17 | J | | |
| 195. -Accenture PLC Ireland CL A (ACN) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 196. -Ameriprise Financial Inc. (AMP) (common) | | None | | | Sold | 02/06/17 | J | B | |
| 197. -Crane Co De (CR) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 198. -CVS Health Corp DE (CVS) (common) | A | Dividend | | | Sold | 02/06/17 | J | | |
| 199. -Diageo Plc New (DEO) (common) | | None | | | Sold | 02/06/17 | J | | |
| 200. -Frontier Communications Corp (FTR) (common) | | None | | | Sold | 02/06/17 | J | | |
| 201. -Home Depot Inc (HD) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 202. -Marsh & McLennan Cos. Inc (MMC) (common) | A | Dividend | | | Sold | 02/06/17 | J | B | |
| 203. -McDonalds Corp (MCD) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 204. -Pepsico Inc (PEP) (common) | A | Dividend | | | Sold | 02/06/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Rockwell Automation Inc New (ROK) (common) | | None | | | Sold | 02/06/17 | J | B | |
| 206. -Texas Instruments (TXN) (common) | A | Dividend | | | Sold | 02/06/17 | J | B | |
| 207. -VF Corp (VFC) (common) | | None | | | Sold | 02/06/17 | J | | |
| 208. -Chubb Ltd Chf (CB) (common) | A | Dividend | | | Sold | 02/06/17 | J | A | |
| 209. -Coca Cola Co (KO) (common) | | None | | | Sold | 02/06/17 | J | | |
| 210. -Exxon Mobil Corp (XOM) (common) | | None | | | Sold | 01/31/17 | J | | |
| 211. -General Motors Co (GM) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 212. -Lockheed Martin Corp.(LMT) (common) | | None | | | Sold | 02/06/17 | J | A | |
| 213. -Nike Inc Cl B (NKE) (common) | A | Dividend | | | Sold | 02/06/17 | J | | |
| 214. -Praxair Inc (PX) (common) | | None | | | Sold | 02/06/17 | J | | |
| 215. -Walt Disney Co (DIS) (common) | A | Dividend | | | Sold | 02/06/17 | J | A | |
| 216. -Chevron Corp (CVX) (common) | A | Dividend | | | Buy | 01/11/17 | J | | |
| 217. | | | | | Sold | 02/06/17 | J | | |
| 218. -IShares NASDAQ Biotechnology (IBB) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 219. -SPDR S&P Bank (KBE) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 220. -IShares Edge MSCI USA Momentum Factor (MTUM) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 221. -IShares Edge MSCI USA Quality Factor (QUAL) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Vaneck Vectors Retail (RTH) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 223. -Vanguard Consumer Discretionary (VCR) (ETF) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 224. -Vanguard Energy (VDE) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 225. -Vanguard Financials (VFH) (ETF) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 226. -Vanguard Information Technology (VGT) (ETF) | A | Dividend | L | T | Buy | 02/06/17 | K | | |
| 227. -Vanguard Health Care (VHT) (ETF) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 228. -Materials Select Sector SPDR Trust (XLB) (ETF) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 229. -Industrial Select Sector SPDR Fund (XLI) (ETF) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 230. -Consumers Staples Select Sector SPDR Fund (XLP) | A | Dividend | J | T | Buy | 02/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 08/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 156 -- Brokerage 12

The Annual Report for 2016, filed 5/11/2017, listed on lines 219 through 222 the asset "Blackrock Global Long/Short Credit Fund I (BGCIX) (mutual fund)." Line 219 of that report correctly did not list a value code in Column C(1). However, Line 222 incorrectly showed in Columns D(1) and (2) that the asset was "Sold (part)" on 12/1/2016. The transaction type that should have been listed in Column D(1) is "Sold." Thus, this asset was not held in 2017 and is properly not included in Part VII of the report for 2017. An explanation in Part VIII for its omission from the 2017 Annual Report filed 5/11/2018 was inadvertently not included in that report and the error is now corrected.

Line 158 -- Blackrock Strategic Income I (BSIIX) (mutial fund)

This asset was inadvertently omitted from the 2017 Annual Report filed 5/11/2018 and that error is corected by this Amended Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHANIE K. SEYMOUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544